NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>KOHL'S DEPARTMENT STORES, INC., a Wisconsin Corporation; FASHION LIFE INC., a California Corporation; and JES Apparel, LLC., a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00393-RGK-SS<br><br>**JUDGMENT**<br><br>Date:　January 9, 2017<br>Time:　9:00 a.m.<br>Court:　Courtroom 850<br>Judge:　Hon. R. Gary Klausner |

**JUDGMENT**

Plaintiff UNICOLORS, Inc. ("Plaintiff") has moved this Court for an order granting default judgment against Defendant JES Apparel, LLC ("JES").

After full consideration of the evidence submitted by the parties, the Court Orders Default Judgment against JES Apparel, LLC ("JES") and:

1. Judgment is entered against JES APPAREL, LLC. in favor of Plaintiff in the amount of $358,226.83;
2. Attorney's fees in the amount of $10,764.54 and costs in the amount of $68.90 are awarded in favor of Plaintiff;
3. Post-judgment interest is awarded against Defendant in an amount that is to be calculated from the date of entry of judgment at a rate prescribed by law

Dated:  January 24, 2017                    _____
                                            Hon. R. Gary Klausner